FILED '08 DEC 22 14:44 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAREN THOMPSON,  )
 )
         Plaintiff,  )
 )  Civil No. 07-943-TC
v.  )
 )  ORDER
COMMISSIONER OF SOCIAL  )
SECURITY,  )
 )
         Defendant.  )
 )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on December 4, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's decision is reversed and remanded for further proceeding pursuant to sentence four of 42 U.S.C. §405(g).

DATED this \_\_\_\_22nd\_\_\_\_ day of December, 2008.

_____
United States District Judge

2   - ORDER