WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KAREN THOMSON,**                                                                CV 07-943-TC

    Plaintiff,

vs.                                                                                                    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $17,360.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,350.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $10,010.00, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 8st day of Sept, 2009.

_____
United States District / Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
    Attorney for Plaintiff

ORDER - Page 1